# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

Bridget M. McCormack,
Chief Justice

162280 & (16)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 162280
COA: 355276
Washtenaw CC: 15-000590-FC

DERRYL WADE SHELTON,
        Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 6, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the October 28, 2020 order of the Washtenaw Circuit Court that denied the defendant's emergency motion to reinstate bond. The trial court abused its discretion by failing to give adequate consideration to Administrative Order No. 2020-1 (issued March 15, 2020), which directs courts to consider the public health factors arising out of the present public health emergency to mitigate the spread of COVID-19. The record does not support the trial court's determination that the defendant is likely to fail to appear for future proceedings; nor does it establish that he poses a danger to the public if granted pretrial release. We REMAND this case to the Washtenaw Circuit Court for further proceedings not inconsistent with this order.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



Clerk

t1216